THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK RICHARDSON, Appellant.

Submitted October 14, 1941; decided November 19, 1941.

*Emil J. Reigi* for appellant.

*Frank H. Innes,* District Attorney (*Thomas K. Hall* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the evidence was not sufficient to warrant the finding of guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, CONWAY and DESMOND, JJ. Dissenting: FINCH, RIPPEY and LEWIS, JJ.